FILED

11/29/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0317

# IN THE SUPREME COURT OF THE STATE OF MONTANA

| | |
|---|---|
| TOWN OF KEVIN, | Cause No.:  DA 23-0317 |
| Plaintiff/Appellee, | Judge: |
| vs. | **ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION** |
| NORTH CENTRAL MONTANA REGIONAL WATER AUTHORITY, | |
| Defendant/Appellant. | |

Appellee Town of Kevin, having filed an *Unopposed Motion for Extension* within which to file Appellee's Response Brief, and good cause appearing therefor;

IT IS HEREBY ORDERED that said Motion is GRANTED.  Appellee's Response Brief is due on or before January 2, 2024.

**Electronically dated and signed below.**

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
November 29 2023